Commonwealth *v.* Jevrem, Appellant.

Argued November 14, 1972. *John R. Cook*, Assistant Public Defender, with him *Timothy J. Sullivan, Jr.* and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Robert L. Campbell*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.